FILED
3/12/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JXM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:24-cr-00134<br>Judge Elaine E. Bucklo<br>Magistrate Judge Heather K. McShain<br>Cat. 3 / Random |
| v. | ) | Violations: Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A); Title 21, United States Code, Section 841(a)(1) |
| JAVELL GATES | ) | |

### COUNT ONE

THE SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about September 20, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JAVELL GATES,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock, Model 17, 9mm semiautomatic pistol bearing serial number KBR967, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm.

In violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO

THE SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about September 20, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JAVELL GATES,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide), a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cannabis, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

THE SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about September 20, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

JAVELL GATES,

defendant herein, did knowingly use and carry a firearm, namely, a loaded Glock, Model 17, 9mm semiautomatic pistol bearing serial number KBR967, during and relation to a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## **FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2023 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. In addition, upon conviction of an offense in violation of Title 21, United States Code, Section 841, as set forth in this Indictment, defendant shall forfeit to the United States of America any property used, and intended to be used, in any manner and part, to commit and to facilitate commission of the offense, as provided in Title 21, United States Code, Section 853.

3. The property to be forfeited includes, but is not limited to, a Glock, Model 17, 9mm semiautomatic pistol bearing serial number KBR967 and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY

4